

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-17-00608-CR

Trial Court Cause
Number: 15CR1477

Style: Gerardo Flores

**v** The State of Texas

Date motion filed*: December 13, 2018

Type of motion: Motion for En Banc Reconsideration

Party filing motion:

Document to be filed:

Is appeal accelerated? ☐ YES ☒ NO

Ordered that motion is:

☐ Granted

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

Date: 12/20/18